**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guy Andrew Williams,<br><br>  Petitioner,<br><br>v.<br><br>USA,<br><br>  Respondent. | No. CV-16-04062-PHX-ROS<br><br>**ORDER** |

On March 5, 2019, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") recommending Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) be denied. Petitioner, who is represented by counsel, did not file any objections. The absence of objections means this Court need not review the R&R. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 20) is **ADOPTED IN FULL**. The Motion to Vacate, Set Aside, or Correct Sentence (Doc. 1) is **DENIED**. The Clerk of Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the petition does not make a substantial showing of the denial of a constitutional right.

1 | Dated this 29th day of March, 2019.

                                        Honorable Roslyn O. Silver
                                        Senior United States District Judge